IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DRAKE JORDAN FINCH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:19-CV-053-M-BR |
| STATE BAR OF TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

After making an independent review of the pleadings, files, and records in this case, and the February 16, 2022, Findings, Conclusions, and Recommendation of the Magistrate Judge, the court concludes the magistrate judge's findings and conclusions are correct. Neither party filed objections to the findings and conclusions. The recommendation of the magistrate judge is accepted and the complaint is dismissed as set forth in the recommendation.

SO ORDERED this 28th day of March, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE